# TRANSFER OF JURISDICTION

JAN 23
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | | | |
|---|---|---|---|
| DOCKET NO. (Transferring Court) | 0864-0:00~~CR00269-001~~(JRT) | | |
| DOCKET NO. (Receiving Court) | | | |
| NAME AND LOCATION OF PROBATIONER/SUPERVISED RELEASEE | Augustine Demoss Jr<br>Riverside, CA 92509 | | |
| DISTRICT | MINNESOTA | DIVISION | |
| NAME OF SENTENCING JUDGE | Honorable John R. Tunheim | | |
| TYPE OF SUPERVISION | SUPERVISED RELEASE | FROM 01/05/2007 | TO 01/04/2011 |
| OFFENSE | Controlled Sub-Sell,Distribute,Or Dispen | | |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 23 2007
CENTRAL DISTRICT OF CALIFORNIA
BY SC DEPUTY

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

2-7-2007
Date

[signature]
United States District Judge John R. Tunheim

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

APR 23 2007
Effective Date

[signature]
CHIEF United States District Judge

ALICEMARIE H. STOTLER